**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1780**

OSCAR LEVONIA SIMPKINS,

Plaintiff - Appellant,

versus

GLEAMS HUMAN RESOURCE COMMISSION,

Defendant - Appellee,

and

JOSEPH PATTON; RONALD DAVIS,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  William M. Catoe, Jr., Magistrate Judge.  (8:06-cv-02137-WMC)

Submitted:  December 20, 2007          Decided:  December 26, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oscar Levonia Simpkins, Appellant Pro Se.  Charles Edgar McDonald, III, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Levonia Simpkins appeals the magistrate judge's order[*] granting Defendant's motion for summary judgment on Simpkins' Title VII complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  <u>Simpkins v. Gleams Human Res. Comm'n</u>, No. 8:06-cv-02137-WMC (D.S.C. July 11, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -